IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


CARL F. COOK                                                    PETITIONER


V.                          5:06CV00025 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, it is

hereby CONSIDERED, ORDERED and ADJUDGED that this petition be

dismissed in its entirety, with prejudice.

IT IS SO ADJUDGED this 31st day of March, 2009.


                                /s/Wm. R. Wilson, Jr.
                         UNITED STATES DISTRICT JUDGE